IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00996-RPM

KATHY D. CRUZ and
RAMON L. CRUZ, JR.,

    Plaintiffs,

v.

CHRISTOPHER R. COLE, M.D., and
COLORADO SPRINGS CARDIOLOGISTS, P.C.,

    Defendants.

---

ORDER DISMISSING DEFENDANT COLORADO SPRINGS CARDIOLOGISTS, P.C.

---

    Pursuant to the Stipulation for Dismissal with Prejudice to Defendant Colorado Springs Cardiologists, P.C., [12], it is

    ORDERED that Defendant Colorado Springs Cardiologists, P.C., is dismissed from this civil action with prejudice, each party to pay their respective costs and fees.

    Dated: November 26th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch

  .                                Richard P. Matsch, Senior District Judge