IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00996-RPM

KATHY D. CRUZ and
RAMON L. CRUZ, JR.,

     Plaintiffs,

v.

CHRISTOPHER R. COLE, M.D., and
COLORADO SPRINGS CARDIOLOGISTS, P.C.,

     Defendants.
_____

ORDER SETTING TRIAL DATE
_____

     Pursuant to the pretrial conference conducted on September 11, 2009, it is

     ORDERED that this matter is set for trial to jury on **March 15, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**

     Dated:   September 16th, 2009

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                   _____
.                                  Richard P. Matsch, Senior District Judge