IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00996-RPM

KATHY D. CRUZ and
RAMON L. CRUZ,

    Plaintiffs,

v.

CHRISTOPHER R. COLE, M.D.

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on March 15, 2010, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 18 day of March, 2010.

BY THE COURT:

Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

ATTORNEY FOR PLAINTIFFS

ATTORNEY FOR DEFENDANT