IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00996-RPM

KATHY D. CRUZ and
RAMON L. CRUZ, JR.,

    Plaintiffs,

v.

CHRISTOPHER R. COLE, M.D., and
COLORADO SPRINGS CARDIOLOGISTS, P.C.,

    Defendants.
_____

ORDER DENYING MOTION FOR NEW TRIAL
_____

Upon review of Plaintiffs' Motion for New trial [55] and brief supporting the motion, filed April 14, 2010, and Defendant's response [57], filed May 4, 2010, it is

ORDERED that the motion is denied.

Dated: May 17th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
.                                       Richard P. Matsch, Senior District Judge